1  McGREGOR W. SCOTT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              2:18-MC-00133-KJM-EFB

12           Plaintiff,                    STIPULATION AND ORDER EXTENDING TIME
                                           FOR FILING A COMPLAINT FOR FORFEITURE
13       v.                                AND/OR TO OBTAIN AN INDICTMENT
                                           ALLEGING FORFEITURE
14  APPROXIMATELY $9,200.00 IN U.S.
    CURRENCY,
15
             Defendant.
16

17       It is hereby stipulated by and between the United States of America and potential claimant

18  Elishama Hubbard ("claimant"), appearing *in propria persona*, as follows:

19       1.      On or about June 18, 2018, claimant filed a claim in the administrative forfeiture

20  proceeding with the U.S. Postal Inspection Service with respect to the Approximately $9,200.00 in U.S.

21  Currency (hereafter "defendant currency"), which was seized on April 5, 2018.

22       2.      The U.S. Postal Inspection Service has sent the written notice of intent to forfeit required

23  by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a

24  claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant

25  has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

26       3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

27  forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

28  currency is subject to forfeiture within ninety days after a claim has been filed in the administrative

                                          1
                                                       Stipulation and Order to Extend Time

forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was September 14, 2018.

4.     By Stipulation and Order filed September 11, 2018, the parties stipulated to extend to December 13, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.     By Stipulation and Order filed December 10, 2018, the parties stipulated to extend to February 11, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.     By Stipulation and Order filed February 12, 2019, the parties stipulated to extend to April 12, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7.     By Stipulation and Order filed April 15, 2019, the parties stipulated to extend to May 13, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to June 12, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///

///

///

///

///

///

Stipulation and Order to Extend Time

9.     Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to June 12, 2019.

Dated: 5/13/19

McGREGOR W. SCOTT
United States Attorney

By:    /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 5/13/19

/s/ Elishama Hubbard
ELISHAMA HUBBARD
Potential Claimant
Appearing *in propria persona*

(Signature authorized by phone)

**IT IS SO ORDERED**.

DATED:  May 21, 2019.

_____
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Extend Time